FILED
RICHARD W. NAGEL
CLERK OF COURT

SEP 29 2026 11:03 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JOHN DOE,

Plaintiffs,

vs.

BON SECOURS MERCYHEALTH, INC, et al.,

Defendants.

Case No: 1:26 CV 00990

**EX PARTE PLAINTIFF'S MOTION TO STAY SERVICE OF PROCESS PENDING RULING ON MOTION TO PROCEED UNDER PSEUDONYM**

Plaintiff John Doe respectfully moves this Court, pursuant to Fed. R. Civ. P. 4(m) and the Court's inherent authority, to stay service of process until the Court rules on Plaintiff's concurrently filed Motion to Proceed Under Pseudonym, for Limited Redactions, and for Protective Order.

**1. GOOD CAUSE EXISTS UNDER FED. R. CIV. P. 4(m)**

Federal Rule of Civil Procedure 4(m) permits the Court to extend the time for service upon a showing of good cause. Good cause exists here.

Service of process requires issuance of a summons identifying Plaintiff by name. The summons and proof of service become public documents upon filing. Plaintiff has concurrently filed a Motion to Proceed Under Pseudonym seeking relief under *Doe v. Porter*, 370 F.3d 558 (6th Cir. 2004). That motion presents substantial privacy interests under the *Porter* factors, specifically that prosecution of this suit challenges governmental activity and will compel disclosure of information of the utmost intimacy. If service

commences before that motion is resolved, Plaintiff's true identity will appear in publicly filed documents before the Court has had the opportunity to rule on whether the privacy interests established under *Porter* warrant pseudonymous proceedings. Premature public disclosure of Plaintiff's identity would render the pending pseudonymity motion moot and cause the precise harm the motion seeks to prevent. The pendency of a threshold pseudonymity motion presenting substantial *Porter* factors constitutes good cause under Rule 4(m) to extend the time for service until the Court resolves that motion. The ninety-day period under Fed. R. Civ. P. 4(m) has not expired.

**2. NO PREJUDICE TO DEFENDANTS**

Defendants will receive full service of process following the Court's ruling on the pseudonymity motion. Under the protective order requested concurrently, Defendants will have complete knowledge of Plaintiff's true identity. Their ability to investigate, defend, conduct discovery, and prepare for trial will be entirely unaffected by this brief delay.

**3. JUDICIAL ECONOMY FAVORS THE STAY**

The pseudonymity and service questions are fundamentally linked and should be resolved by a single ruling. Staying service until pseudonymity is determined allows this action to proceed in the orderly sequence contemplated by the Federal Rules: threshold procedural issues first, followed by service and responsive pleadings.

**4. THE PUBLIC INTEREST FAVORS PRESERVING THE PRESENT CIRCUMSTANCES**

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254

(1936). A stay here serves that interest by preserving the status quo pending resolution of the threshold due process question. The requested relief does not restrict public access to the substance of this litigation. The verified complaint, constitutional claims, legal issues, and supporting exhibits remain fully accessible on the public docket.

## CONCLUSION

For the foregoing reasons, Plaintiff John Doe respectfully requests that the Court enter an order staying service of process and extending the Rule 4(m) service deadline pending its ruling on Plaintiff's concurrently filed Motion to Proceed Under Pseudonym and for Protective Order.

Dated: September 15, 2026 Respectfully Submitted,

By: ________________________

*John Doe, Plaitniff, Pro Se*

John Doe c/o BB
P.O. Box 14065
Cincinnati, Ohio 45250
Telephone: (513) 472-1854
E-Mail:jdlegaldocs@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that this motion will be served concurrently with the service of the Summonses and Complaint in this matter.

Dated: September 15, 2026

Respectfully Submitted,

By: /s/ John Doe
*John Doe, Plaitniff, Pro Se*

John Doe
P.O. Box 14065
Cincinnati, Ohio 45250
Telephone: (513) 472-1854
E-Mail:jdlegaldocs@yahoo.com