FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT -6 2026 11:07 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JOHN DOE,

Plaintiffs,

vs.

BON SECOURS MERCYHEALTH, INC, et al.,

Defendants.

Case No: **1:26-cv-00990**

**NOTICE OF CURE OF DEFICIENCY**

Pursuant to the Clerk of Court's Notice of Deficiency dated September 29, 2026, Plaintiff hereby submits the requested materials to cure the identified deficiencies:

**Filing Fee:** Plaintiff is submitting the required filing fee via replacement money order.

**Service Documents:** With respect to Complaint No. 1, Plaintiff is submitting the requested service documents, specifically Summonses (Form AO 440) for each defendant.

Accordingly, Plaintiff respectfully requests that the Clerk file these materials and note the deficiencies as cured.

Dated: October 3, 2026

Respectfully Submitted,

By: ________________________
*John Doe, Plaitniff, Pro Se*

John Doe c/o BB
P.O. Box 14065
Cincinnati, Ohio 45250
Telephone: (513) 472-1854
E-Mail:jdlegaldocs@yahoo.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

JOHN DOE

*Plaintiff(s)*

v.

BON SECOURS MERCY HEALTH INC., et al.

*Defendant(s)*

Civil Action No. 1:26-cv-00990

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BON SECOURS MERCY HEALTH, INC.
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215-1052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| JOHN DOE<br>*Plaintiff(s)*<br>v.<br>BON SECOURS MERCY HEALTH, INC., et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00990 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

LAURA H. MARTIN, ESQ
9402 Meadow Trail
Loveland, Ohio 45140-5543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| JOHN DOE<br>*Plaintiff(s)*<br>v.<br>BON SECOURS MERCY HEALTH INC., et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00990 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAMELLE R. BOWERS, M.D.
2655 Country Lake Drive
Cincinnati, Ohio 45233-1785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| JOHN DOE<br>*Plaintiff(s)*<br>v.<br>BON SECOURS MERCY HEALTH, Inc., et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00990 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

TANIQUA R. CRAWFORD in her official and individual capacity
c/o Ohio Civil Rights Commission
3055 Kettering Blvd., Suite 111
Dayton, Ohio 45439-1900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| JOHN DOE<br>Plaintiff(s)<br>v.<br>BON SECOURS MERCY HEALTH, et al.<br>Defendant(s) | ) | Civil Action No. 1:26-cv-00990 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EVAN R. MCFARLAND in his official and individual capacity
c/o Ohio Civil Rights Commission
Dayton Regional Office
Point West III Office Building
3055 Kettering Blvd. Ste 111
Dayton, Ohio 45439-1900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.12
US POSTAGE

9405 5301 0935 5607 0224 88 0111 2001 0004 5202

U.S. POSTAGE PAID

10/03/2026
1 lb 0 oz

Mailed from 45250 443178468827304

PRIORITY MAIL®

JOHN DOE
PO BOX 14065
CINCINNATI OH 45250-0065

Created 2026-10-03
Flat Rate Envelope
RDC 03
C023

US DISTRICT COURT, SD OF OHIO
CLERK OF COURT INTAKE DESK
100 E 5TH ST RM 103
CINCINNATI OH 45202-3911

USPS TRACKING #

9405 5301 0935 5607 0224 88

Case 1 26 cv 00990
Response 2Notice of Deficiency

LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000060

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.