**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT 29 2026 12:08 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

JOHN DOE,

Plaintiffs,

vs.

BON SECOURS MERCYHEALTH, INC, et al.,

Defendants.

Case No: 1:26-cv-00990

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO STAY SERVICE OF PROCESS**

Plaintiff John Doe hereby withdraws, without prejudice, the Ex Parte Plaintiff's Motion to Stay Service of Process Pending Ruling on Motion to Proceed Under Pseudonym, filed September 29, 2026 (ECF No. 4), in its entirety, including the request for an extension of the service deadline contained therein.

Plaintiff recognizes the service period prescribed by Federal Rule of Civil Procedure 4(m). See *United States v. Oakland Physicians Medical Center, LLC*, 44 F.4th 565, 568 (6th Cir. 2022) (setting forth Rule 4(m)'s 90-day service period and provisions for additional time). Plaintiff intends to pursue voluntary waiver-of-service requests under the pseudonym John Doe while the motions identified below remain pending.

In *Doe v. Reynoldsburg City Sch. Dist. Bd. of Educ.*, No. 2:25-cv-138, 2025 WL 1312279 (S.D.Ohio May 6, 2025), plaintiffs requested waivers of service under pseudonyms while their motion to proceed under pseudonyms was pending. See ECF Nos. 3–4, 10.

This withdrawal applies only to Plaintiff's Ex Parte Plaintiff's Motion to Stay Service

of Process Pending Ruling on Motion to Proceed Under Pseudonym (ECF No. 4). It does not withdraw, abandon, or otherwise modify either of the following:

1. Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 2 ); or

2. Plaintiff's Motion to File Exhibits Under Seal and Notice of Redactions in Public Filings (ECF No. 3).

Those motions, including the requests for protective relief contained therein, remain pending for the Court's consideration. Plaintiff's pursuit of voluntary waiver-of-service requests is not intended to withdraw, abandon, or otherwise modify either motion or the relief requested therein.

Dated: October 27, 2026

Respectfully Submitted,

By: /s/ John Doe
*John Doe, Plaitniff, Pro Se*

John Doe
P.O. Box 14065
Cincinnati, Ohio 45250
Telephone: (513) 472-1854
E-Mail: jdlegaldocs@yahoo.com

John Doe
P.O. Box 14065
Cincinnati, Ohio 45250-0065

CINCINNATI OH 450
27 OCT 2026 PM 4 L

OCT 27 2026
CINCINNATI OH USPS 45214

FOREVER

Office of the Clerk
Potter Steward U. S Courthouse
100 East Fifth Street, Rm. 103
Cincinnati, Ohio 45202-3911

45202-397699