**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JOHN DOE,

Plaintiffs,

vs.

BON SECOURS MERCYHEALTH, INC, et al.,

Defendants.

Case No: 1:26-cv-00990

**PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONSES**

Pursuant to Federal Rule of Civil Procedure 4(b), Plaintiff requests that the Clerk sign, seal, and issue the accompanying proposed summonses directed to the following defendants, as named in the Complaint:

1. Bon Secours Mercy Health, Inc.
2. Laura H. Martin, Esq,
3. Jamelle R. Bowers, M.D

A completed proposed summons for each defendant is submitted with this request.

Dated: November 21, 2026

Respectfully Submitted,

By: */s/ John Doe*
*John Doe, Plaitniff, Pro Se*

John Doe
P.O. Box 14065
Cincinnati, Ohio 45250-0065
Telephone: (513) 472-1854
E-Mail:jdlegaldocs@yahoo.com

FILED
RICHARD W. NAGEL
CLERK OF COURT
NOV 25 2026 10:56 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| JOHN DOE<br>*Plaintiff(s)*<br>v.<br>BON SECOURS MERCY HEALTH INC, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00990 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BON SECOURS MERCY HEALTH INC.,
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215-1052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. Box 14065
Cincinnati, Ohio 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)*
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

JOHN DOE

*Plaintiff(s)*

v.

BON SECOURS MERCY HEALTH INC, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-00990

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAURA H. MARTIN, ESQ
9402 Meadow Trail
Loveland Ohio 45140-5543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. Box 14065
Cincinnati, Ohio 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

_________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)*

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________, a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

JOHN DOE
*Plaintiff(s)*
v.

BON SECOURS MERCY HEALTH INC, et al.
*Defendant(s)*

Civil Action No. 1:26-cv-00990

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAMELLE R. BOWERS, M.D.
1109 Eversole Road
Cincinnati, Ohio 45230-3546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DOE
P.O. Box 14065
Cincinnati, Ohio 45250-0065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)*
______________________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Retail

U.S. POSTAGE PAID
FCM LG ENV
CINCINNATI, OH 45234
NOV 23, 2026

45202

$1.98

RDC 99 0 Lb 1.80 Oz S2324M504433-42

SENDER / RETURN ADDRESS:
JOHN DOE
P.O. BOX 14065
CINCINNATI, OHIO 45250-0065

SHIP TO / TO:
CLERK'S OFFICE OF THE
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
POTTER STEWARD U.S. COURTHOUSE,
ROOM 103, 100 EAST FIFTH STREET,
CINCINNATI, OHIO 45202-3988

(REQUEST FOR ISSUANCE OF SUMMONS
CASE NUMBER: 1:26-cv-00990)